Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  19−14814−MBK
    Chapter:  13
    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William Hunt
   28 Texas Avenue
   Port Monmouth, NJ 07758

Social Security No.:
   xxx−xx−5502

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 25, 2019.

On August 13. 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:     September 15, 2020
Time:     10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: August 14, 2020
JAN: wdr

    Jeanne Naughton
    Clerk

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                           Case No. 19-14814-MBK
William Hunt                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Aug 14, 2020
                               Form ID: 185             Total Noticed: 13

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2020.
db             #+William Hunt,    28 Texas Avenue,    Port Monmouth, NJ 07758-1119
518072973      +Medical Payment Data,    Attn: Remex,    307 Wall Street,    Princeton, NJ 08540-1515
518072974      +Medical Payment Data,    Attn: Simons Agency Inc,    4963 Wintersweet Drive,
                 Liverpool, NY 13088-2176
518072975      +Medical Payment Data,    Attn: Choice Recovery,    1550 Old Henderson Road,
                 Columbus, OH 43220-3626
518072976      +Specialized Loan Servicing,    8742 Lucent Blvd,    Ste 300,    Littleton, CO 80129-2386
518072977      +State of NJ Department of Labor,    PO Box 951,    Trenton, NJ 08625-0951
518252085      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2020 01:29:32      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2020 01:29:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518217885       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 15 2020 01:25:11
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518231909       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 15 2020 01:25:47
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
518142910       E-mail/Text: bnc-quantum@quantum3group.com Aug 15 2020 01:29:19
                 Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
518541046       E-mail/Text: newyork.bnc@ssa.gov Aug 15 2020 01:30:03      Social Security Administration,
                 Mid-Atlantic Program Service Center,    300 Spring Garden Street,    Philadelphia, PA 19123-2992
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association et al ...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Debtor William   Hunt cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Citigroup Mortgage Loan Trust, Inc., Asset-Backed
               Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```